IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 1 5 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Jerome Andrew Burnett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BJ's Wholesale Club, INC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. BAH 24 CV 1102

*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes  ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome Andrew Burnett |
| Street Address | 10 Hobart Court |
| City and County | Randallstown, Baltimore |
| State and Zip Code | Maryland 21133-2408 |
| Telephone Number | 443-725-6122 |
| E-mail Address | rome282b4@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BJ's Wholesale Club, INC. |
| Job or Title (if known) | |
| Street Address | 55 Music Fair Road |
| City and County | Owings Mills, Baltimore |
| State and Zip Code | Maryland, 21117 |
| Telephone Number | 410-363-0005 |
| E-mail Address (if known) | nsehgal@bjs.com |

2


Defendant No. 2

| Field | Value |
|---|---|
| Name | N/A |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| Field | Value |
|---|---|
| Name | N/A |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| Field | Value |
|---|---|
| Name | N/A |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitutional 14th and 7th Amendment / Americans with Disabilities Act 1990 (ADA)

Title III under the ADA 1990

Federal Rule U.S.C. 38 / 28 U.S. Code Subsection 1331 / 28 U.S.C. Subsection 1391

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. **The Defendant(s)**

   a. If the defendant is an individual

   The defendant, *(name)* N/A_____, is a citizen of the State of *(name)* N/A_____. Or is a citizen of *(foreign nation)* N/A_____.

   b. If the defendant is a corporation

   The defendant, *(name)* N/A_____, is incorporated under the laws of the State of *(name)* N/A_____, and has its principal place of business in the State of *(name)* N/A_____. Or is incorporated under the laws of *(foreign nation)* N/A_____, and has its principal place of business in *(name)* N/A_____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   N/A_____
   _____
   _____

5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 08/04/2021 - The Defendant (BJ's Wholesale Club,INC.) violated Occupational Safety and Health Administration rules 1910.136 and 1926.96. Many Employees were not wearing the proper Personal Protective Equipment (PPE / Steel toe shoes) whilst operating "heavy - lift equipment" (Reach truck). The isles with high steel racks with items which can fall and over 500 lbs. caused concern for OSHA rule 1910.136 to be adhered to. I alerted OSHA about the safety issues and they have not fixed the issue, I was in contact with Tamika DeCoursey at OSHA. I am not asking the courts to do OSHA's job, I am asking that the court adheres to federal law and grant a jury trial for violations to The Americans with Disabilities Act 1990 (ADA) Title III under the ADA 1990. I am a person whom is recognized by the court as being disabled under federal law, and the violations to safety has caused me not to enjoy my "purchasing power" granted by federal laws. I have made written request that the defendant adhere to federal safety laws due to the fact that I suffer from Post traumatic stress disorder (PTSD) and th issues at the public business has left me with mistrust - paranoia and increased anxiety which makes it impossible to be a customer at the defendant anymore. The Defendant's willful discrimination towards my request for ADA public accommodations for safety rules to be adhered to has placed me in a difficulty in trusting many businesses anymore. The defendant has had over 90 days to adhere to my safety request to adhere to all of OSHA rules, but they have not adhered to any safety requested by my person. The defendant did not accommodate me and disability. The defendant is a public business and should adhere to all safety request to accommodate disabled individuals. It is all discrimination and violations to title III under the ADA 1990.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Defendant employs over 500 employees / they should pay the highest punitive damages for Title III under the ADA 1990 violations of $75,000.00 and $150,000.00 for any other days that they have violated the ADA. Pay me $1,000,000.00USD for ongoing mental health and physical health issues for not feeling safe at the defendant's business/not able to "power of purchase."

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/13, 2024

Signature of Plaintiff: *Jerome Bennett*
Printed Name of Plaintiff: Jerome Andrew Burnett

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Address | N/A |
| Telephone Number | N/A |
| Email Address | N/A |